20-mj-0612 TMD

UNDER SEAL
FILED ___ ENTERED
___ LOGGED ___ RECEIVED

FEB 25 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Roger Cochran, being duly sworn, depose and state as follows:

1. This Affidavit is submitted in support of a criminal complaint and arrest warrant for Asomah MAAMAH ("MAAMAH") for Transportation of Stolen Vehicles, in violation of 18 U.S.C § 2312. MAAMAH (DOB XX/XX/1972), was born in Ghana, is a citizen of the United States, and a resident of Columbia, MD. MAAMAH has a previous felony conviction in York, PA for receiving stolen property, deceptive business practices and washing vehicle titles.

## AFFIANT'S BACKGROUND

2. Your Affiant is employed as a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), formerly the United States Customs Service, and has been so employed for the last seventeen (17) years. As part of my employment with HSI, I attended the Criminal Investigator Training Program, which is a basic program for all Federal criminal investigators, and the Customs Basic Enforcement School, which was a more specialized training program for United States Customs agents. Both of these courses were held at the Federal Law Enforcement Training Center. During both these courses, instruction was given on basic investigative techniques; federal controlled substances laws; money laundering techniques; types of import and export violations and various surveillance techniques.

RC 2/25/20

3. Your Affiant is currently assigned to the HSI Baltimore Border Enforcement Security Team (BEST), investigating unlawful acts and violations of federal customs law. In the course of my employment, I have participated in numerous federal and state narcotics investigations relating to drug trafficking, drug smuggling, alien smuggling, money laundering violations, financial fraud and the illegal export of stolen motor vehicles.

4. Your Affiant is familiar with the facts and circumstances of this investigation based upon his review of the available information as well as information provided to your Affiant from others involved with the investigation currently being conducted. Your Affiant has not included every fact known through the course of the investigation within this affidavit but has included those facts your Affiant believes are sufficient to establish probable cause that the violations set forth above have occurred and are occurring. Unless otherwise indicated, all written and oral statements referred to herein are set forth in substance and in part, rather than verbatim.

## PROBABLE CAUSE

5. On November 20, 2018, shipping container ACLU9750216, Booking Number S3-15797012 was presented to CBP ("Customs + Border Protection") for export. The export documents presented with this container listed Tutu SETH, 6438 Colombia Road, Colombia City, MD 21045 as the exporter, Anoumou ELOGE, 17 B.P. 43 Lome Togo as the consignee, and OCEAN MARINE SHIPPING, INC., as the carrier. Queries of law enforcement and publicly available

2

databases has revealed that 6438 Colombia Road, Colombia City, MD 21045 does not exist. The dock receipt also identified the commodity as Autos and Household Goods (HHG). The dock receipt described the vehicles as a 2008 Suzuki Grand Vitara VIN: JS3TD941684103339, and a 2008 Toyota Camry VIN: 4T1BE46K78U765393.

6. A secondary examination of the contents of container ACLU9750216 revealed a 2016 Mitsubishi Outlander VIN: JA4AD3AG0GZ064123, which had been reported stolen in Prince George's County, MD; and a 2018 Land Rover Range Rover VIN: SALYL2RV1JA725924, which review of records indicated had been fraudulently purchased in Texas and registered to Kendra SUTHERLAND in Smyrna, TN. Neither of these vehicles had been declared for export and were later seized by CBP per port guidelines.

7. On December 18, 2018, an officer manager for OCEAN MARINE sent an email to ASOMAHMAAMAH@GMAIL.COM in reference to this shipment, which read "Confirming this is the new email to use or Tutu". The OCEAN MARINE office manager received a reply from ASOMAHMAAMAH@GMAIL.COM which read "Yes the email am using". On December 19, 2018, the OCEAN MARINE office manager received another email from ASOMAHMAAMAH@GMAIL.COM which read "The 07 erc and the Nissan Titan is going to Togo and the booking number is S-315797012".

3

RC 2/25/20

8. On January 15, 2019, Asomah MAAMAH (DOB: XX/XX/1972) was encountered by the Howard County Police Department (HCPD) during their investigation of a 2019 Toyota 4Runner which had been stolen from Toyota of Alexandria (VA) on January 12, 2019 and was later located at a junkyard by law enforcement. MAAMAH was arrested by HCPD on an outstanding warrant issued in York County, PA for violation of probation. Your Affiant interviewed MAAMAH following his arrest. At that time MAAMAH was read his rights per *Miranda*, he agreed to waive his rights and provided your Affiant with a statement. MAAMAH indicated that he had no knowledge of the stolen Toyota 4 Runner at the junkyard, and was at the location for other business.

9. When your Affiant first asked MAAMAH if he was involved with shipping vehicles, he indicated that he hadn't shipped anything in years. MAAMAH later stated that a person named "Christ" whose last name was not known had used MAAMAH's company name (CHELSEA MOTORS) to ship vehicles in a container without his knowledge and OCEAN MARINE SHIPPING had called MAAMAH about the shipment.

10. Your Affiant asked MAAMAH about the name Tutu SETH and he indicated that was Christ's company, but Christ used MAAMAH's information on it. MAAMAH indicated that he had shipped approximately four containers for Christ and that Christ also worked with a "Kofi" whose last name was not known. MAAMAH further indicated that Christ would

4

RC 2/25/20

pay him between $500 and $1000 to deliver paperwork for shipping containers to the truck driver.

11. MAAMAH indicated that his phone number was xxx-xxx-8611 and he used Sprint for phone service. MAAMAH provided voluntary, written consent to search his iPhone X.

12. On January 17, 2019, S/A Cochran turned MAAMAH's iPhone X over to a Computer Forensics Agent (CFA) who then conducted a forensic exam of the phone.

13. Your Affiant has reviewed the Cellebrite extraction report, which contained forensically extracted data from MAAMAH's iPhone X. During this review your Affiant observed numerous images of vehicles which were identified as stolen vehicles by their license plate. Your Affiant also observed images of several known stolen vehicles loaded inside shipping containers which were ultimately seized by CBP at the Port of Baltimore. Your Affiant also located other images of vehicles in which the license plate were intentionally obscured.

14. Your Affiant also observed on the Cellebrite extraction report for MAAMAH's phone a WhatsApp chat from December 11, 2018, with PERSON 1, a person whose identity is known to your Affiant, (xxx-xxx-9028), in which MAAMAH sent a picture which showed part of a dock receipt displaying container number "ACLU9750216" (see ¶¶ 5-6, supra) and "539434" which was handwritten. PERSON 1 replied "Seal 539434'. Several hours later MAAMAH sent PERSON 1 an Ocean Marine dock

5

RC 2/25/20

receipt for booking number S3-15875470. This dock receipt was addressed to Tutu SETH. PERSON 1 is the owner/operator of the trucking company which presented ACLU9750216 to CBP at the Port of Baltimore for export.

15. Your Affiant also observed on the Cellebrite extraction report for MAAMAH's phone a message using WhatsApp from January 4, 2019, in which MAAMAH sent an unknown person using the Whats App number +xxx xxxxxx9701 a screenshot from Gmail showing a TELEX release related to Shipping Container ACLU9750216 and Booking Number: S3-15797012.

16. Your Affiant also observed on the Cellebrite extraction report for MAAMAH's phone and observed that the following email addresses were identified as "User Accounts" on MAAMAH's Apple iPhone X: ASOMAHMAAMAH@GMAIL.COM, HAWAJAMES21@GMAIL.COM, and ASOMAH.MAAMAH@ICLOUD.COM.

17. On August 16, 2019, Magistrate Judge A. David Copperthite, United States Magistrate Judge issued a search warrant to Apple, Inc. authorizing the search of ASOMAH.MAAMAH@ICLOUD.COM, along with a number of other electronic accounts, including KOFFIWOODS2018@GMAIL.COM.

18. Pursuant to that search warrant, your Affiant has reviewed the contents of the iCloud account in the name ASOMAH.MAAMAH@ICLOUD.COM. This account was found to contain several "selfie" style photographs of Asomah MAAMAH, numerous photographs of stolen motor vehicles, an

6

image of a handwritten note with the email address KOFFIWOODS2018@GMAIL.COM and images of a Seagirt Marine Terminal Delivery Ticket for Container ACLU9750216 and dock receipt for Container ACLU9750216. Pursuant to the search warrant, your Affiant also reviewed the KOFFIWOODS2018@GMAIL.COM account, the account was found to contain, among other things, an email sent to OCEAN MARINE SHIPPING dated December 7, 2018 requesting a Seal Number for Booking S3-15797015. This booking number relates to a shipment of two stolen vehicles (Container GCNU4773573) which were presented to CBP for export to Lome, Togo on December 4, 2018 and seized by CBP at the Port of Baltimore on December 20, 2018.

Based upon the foregoing, your Affiant submits that there is probable cause to believe that Asomah MAAMAH transported stolen motor vehicles in violation of 18 U.S.C. § 2312.

Your Affiant affirms under penalty of perjury that the facts and circumstances recounted in the foregoing affidavit are true and accurate to the best of his knowledge and belief.

Roger Cochran
Special Agent, HSI

20-mj-0612 TMD

Subscribed and sworn to before me, this __25__ day of February 2020.

_____
Thomas M. DiGirolamo
United States Magistrate Judge